# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

GREGORY McCLELLAN,

            Plaintiff,

     v.

JOHN MARSHALL, et al.,

            Defendants.

Case No. CV 08-2293-JFW (JEM)

ORDER ADOPTING FINDINGS,
CONCLUSIONS, AND
RECOMMENDATIONS OF UNITED
STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings and all the records and files in this case, along with the Report and Recommendation of the United States Magistrate Judge.  Plaintiff has filed Objections to the Report and Recommendation. Having made a de novo determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS HEREBY ORDERED that: (1) defendants' Motion to Dismiss the claims against them pursuant to Rule 12(b)[unenumerated] is granted; (2) the claims against the Doe defendants are dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B); and (3) Judgment shall be entered dismissing this action without prejudice.

DATED: August 3, 2009

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE