JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY McCLELLAN,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHN MARSHALL, et al.,<br><br>        Defendants. | Case No. CV 08-2293-JFW (JEM)<br><br>**J U D G M E N T** |

    In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: August 3, 2009

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE